IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-184-D

COLORADO BANKERS LIFE )
INSURANCE COMPANY, )
                                      )
                  Plaintiff, )
                                      )
          v. )                  **ORDER**
                                      )
STANDARD MALTA )
HOLDINGS LIMITED, )
                                      )
                Defendant. )

For the reasons stated in this court's order at [D.E. 17] in case number 5:23-CV-181, the court DENIES defendant's motion to dismiss [D.E. 8].

SO ORDERED. This 14 day of June, 2023.

                                                                        JAMES C. DEVER III
                                                                        United States District Judge